**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-2973-WJM-KMT

KRISTIN WILCZYNSKI,

     Plaintiff,

v.

LOYAL SOURCE GOVERNMENT SERVICES, LLC,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

THIS MATTER was tried from September 28, 2020 through September 30, 2020, before an empaneled jury of seven, United States District Judge William J. Martínez presiding. The case was submitted to the jury on Wednesday, September 30, 2020, on Plaintiff's claim of wrongful termination under the Defense Contractor Whistleblower Protection Act.

The jury rendered a unanimous verdict on September 30, 2020.

Pursuant to and in accordance with the jury's verdict for the Defendant, it is therefore

ORDERED that judgment is hereby entered in favor of Defendant, Loyal Source Government Services, LLC, and against Plaintiff, Kristin Wilczynski. It is further

ORDERED that Plaintiff's claims and this case are dismissed with prejudice. It is further

ORDERED that costs shall be taxed by the clerk of the court in the time and

manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 5th day of October, 2020.


APPROVED:                                          FOR THE COURT:
                                                   Jeffrey P. Colwell, Clerk



_____                    By: ___s/A. Frank___
United States District Judge                       A. Frank, Deputy Clerk